UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WYNDHAM VACATION RESORTS, INC., ET AL.**, <br><br>             Plaintiffs, <br><br>      v. <br><br> **MICHELLE GARCIA**, <br><br>             Defendant. | Case No.  15-cv-1540-YGR <br><br> **ORDER VACATING HEARING ON MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY CROSS-COMPLAINT** <br><br> Re: Dkt. Nos. 15 |

Plaintiffs Wyndham Vacation Resorts, Inc., Wyndham Vacation Ownership, Inc., and Wyndham Worldwide Corp. filed their Motion to Compel Individual Arbitration and To Stay Cross-Complaint (Dkt. No. 15). The Court has reviewed the papers filed in connection with the motion, opposition, and reply and finds this matter appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also  Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for **June 30, 2015,** is **VACATED**.  The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: June 19, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**