BARBARA FIGARI (California SBN 251942)
**THE FIGARI LAW FIRM**
380 South Lake Avenue, Suite 104
Pasadena, California 91101
Telephone: (626) 486-2620
Facsimile: (877) 459-3540
Email: barbara@figarilaw.com

Attorney for Defendant and Cross-Complainant
MICHELLE GARCIA and the Putative Class and
Attorneys for Plaintiffs THOMAS CROOK and DONNA CROOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., et al<br><br>Plaintiffs and Cross-Defendants,<br><br>vs.<br><br>MICHELLE GARCIA, individually and on behalf of all others similarly situated,<br><br>Defendant and Cross-Complainants. | CASE NO: 15-CV-01540-WHO, *Related to* CASE NO. 13-CV-3669-WHO<br><br>**STIPULATION AND ORDER CONTINUING THE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Hearing Date: September 16, 2015<br>Hearing Time: 2:00 p.m.<br>Courtroom No. 2 |
| THOMAS CROOK and DONNA CROOK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., et al<br><br>Defendants. | |

-1-

1     WHEREAS, Defendants' Motion to Compel Arbitration is presently scheduled for September 16, 2015;

    WHEREAS, Counsel for Plaintiff has trial in in Los Angeles Superior Court, and the Court has scheduled a Final Status Conference, where lead counsel must be present, for September 16, 2015;

    WHEREAS, Counsel for Defendants have agreed to continue the hearing to September 23, 2015;

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

-1-

STIPULATION AND ORDER CONTINUING THE HEARING DATE ON
DEFENDANTS' MOTION TO COMPEL ARBITRATION

NOW, THEREFORE, subject to the approval of the Court, it is hereby Stipulated that the hearing on Defendants' Motion to Compel Arbitration be continued from September 16, 2015 to September 23, 2015 at 2:00 p.m.

**IT IS SO STIPULATED.**

Dated: September 14, 2015        Respectfully Submitted,

THE FIGARI LAW FIRM
*/s/ Barbara Figari*
BARBARA E. FIGARI, ESQ.
Attorneys for Defendant and Cross-Complainant, MICHELLE GARCIA, on behalf of herself and all others similarly situated and Attorneys for Plaintiffs THOMAS CROOK and DONNA CROOK, on behalf of themselves and all others similarly situated

Dated: September 14, 2015        Respectfully Submitted,

SCHIFF HARDIN, LLP

*/s/ Paula Morency*
PAULA MORENCY, ESQ.
Attorneys for Plaintiff and Cross-Defendant WYNDHAM VACATION OWNERSHIP, et al.

STIPULATION AND ORDER CONTINUING THE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION

-3-

Pursuant to the Stipulation among the parties, the hearing on Defendants' Motion to Compel Arbitration is hereby continued from September 16, 2015 to September 23, 2015 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 15, 2015



WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE