1  SCHIFF HARDIN LLP
   ROCKY N. UNRUH (CSB # 84049)
2  *runruh@schiffhardin.com*
   JEAN-PAUL P. CART (CSB # 267516)
3  *jcart@schiffhardin.com*
   One Market, Spear Street Tower
4  Thirty-Second Floor
   San Francisco, CA  94105
5  Telephone:     (415) 901-8700
   Facsimile:     (415) 901-8701
6
   Paula J. Morency (ISB # 3127506) (*pro hac vice*)
7  *pmorency@schiffhardin.com*
   233 S. Wacker Drive, Suite 6600
8  Chicago, IL 60606
   Telephone:     (312) 258-5500
9  Facsimile:     (312) 258-5700

10 Attorneys for Plaintiffs and Cross-Defendants
   WYNDHAM VACATION RESORTS, INC.,
11 WYNDHAM VACATION OWNERSHIP, INC.,
   and WYNDHAM WORLDWIDE CORP.
12

13                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
14                    SAN FRANCISCO DIVISION

15

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., WYNDHAM VACATION OWNERSHIP, INC., and WYNDHAM WORLDWIDE CORPORATION,<br><br>  Plaintiffs and Cross-Defendants,<br><br>  v.<br><br>MICHELLE GARCIA,<br><br>  Defendant and Cross-Complainant. | Case No.  3:15-cv-01540-WHO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT AND CROSS-COMPLAINANT GARCIA'S MOTION TO VACATE CLAUSE CONSTRUCTION ARBITRATION AWARD (DKT. NO. 33)** |

    Plaintiffs and Cross-Defendants Wyndham Vacation Resorts, Inc., Wyndham Vacation

Ownership, Inc., and Wyndham Worldwide Corporation (collectively, "Plaintiffs"), and

Defendant and Cross-Complainant Michelle Garcia's ("Defendant") Stipulated Request for Order

Modifying Briefing Schedule on Defendant and Cross-Complainant Garcia's Motion to Vacate

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:15-cv-01540-WHO
ORDER GRANTING STIPULATED
REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE

Clause Construction Arbitration Award (the "Stipulated Request") having been considered, and good cause appearing therefor, the Stipulated Request is GRANTED.

The briefing schedule on Garcia's Motion to Vacate Clause Construction Arbitration Award (Dkt. No. 33) shall be modified as follows:

1. Plaintiffs shall file their opposition brief on or before July 29, 2016.

2. Defendant shall file her reply brief on or before August 10, 2016.

IT IS HEREBY ORDERED.

Dated: July 26, 2016

_____
Hon. William H. Orrick
United States District Court Judge

Schiff Hardin LLP
Attorneys At Law
San Francisco

Case No. 3:15-cv-01540-WHO
ORDER GRANTING STIPULATED
REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE