UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> MICHELLE GARCIA, <br><br>  Defendant. | Case No. 15-cv-01540-WHO <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. No. 45 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: September 5, 2017

WILLIAM H. ORRICK
United States District Judge